IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01867-GPG

IRA JOHNSON,

    Plaintiff,

v.

AMERICAN HONDA MOTOR CO. INC.,

    Defendant.

ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED October 14, 2015, at Denver, Colorado.

                BY THE COURT:

                s/ Gordon P. Gallagher

                United States Magistrate Judge